

MAR 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.NO. 1:06-cr-97 AWI |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| SADELL FABRAY LINTHICUM, and GREGORY LEE SIMPSON aka "O.J." | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 16, 2006, charging the above defendants with a violation of Title 21, United States Code, Sections 846 and 841(a)(1) -Conspiracy to Distribute and Possess With the Intent to Distribute of Cocaine Base/Crack, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

1 | except when necessary for the issuance and execution of the
2 | warrants.
3 | DATED: March 16, 2006                    Respectfully submitted,
4 |                                          McGREGOR W. SCOTT
5 |                                          United States Attorney
6 |                                          By
                                              KEVIN P. ROONEY
                                              Assistant U.S. Attorney
7 |
8 | ORDERED as prayed this 16 day of March 2006
9 |
10|                                          U.S. Magistrate Judge

2