```
 1  J.M. IRIGOYEN #177626
    Attorney at Law
 2  J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
 3  Fresno, CA 93721

 4  559.233.3333

 5
    Attorney for Defendant
 6  SADELL FARRAY LINTHICUM

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,  )   Case No: 06-cr-97 AWI
11                             )
         Plaintiff,            )
12                             )
         vs.                   )   SUBSTITUTION OF ATTORNEYS
13                             )
    SADELL FARRAY LINTHICUM,   )
14                             )
         Defendant.            )
15  _____)

16       J.M. IRIGOYEN, Attorney at Law is hereby substituted as

17  attorney of record for the Defendant, SADELL FARRAY LINTHICUM,

18  in place and instead of Eric V. Kersten, Esq., of the Federal

19  Defenders Office.

20       I hereby consent to the above substitution.

21  DATED: 6-14-06

22                              s/J. M. Irigoyen
                             _____
23                              J.M. Irigoyen, Esq.

24       I hereby consent to the above substitution.

25  DATED: 6-19-06
                                s/Eric V. Kersten
26                           _____
                                Eric V. Kersten, Esq.
27                              Federal Defenders Office

28
                                  1
```

1   I hereby consent to the above substitution.

2   DATED: 06-16-06
                                            s/Sadell Farray Linthicum
3                                           _____
                                            SADELL FARRAY LINTHICUM
4

5                                      **ORDER**

6   IT IS SO ORDERED.

7   **Dated:   June 23, 2006**                    /s/ Anthony W. Ishii
8   0m8i78                                     UNITED STATES DISTRICT JUDGE

2