```
 1  J.M. IRIGOYEN #177626
    J.M. IRIGOYEN LAW CORPORATION
 2  2131 Amador
    Fresno, CA 93721
 3
    (559) 233-3333
 4
    Attorney for Defendant
 5  SADELL LINTHICUM

 6

 7

 8
                UNITED STATES DISTRICT COURT FOR THE
 9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,   )   Case No. 06 cr 97
                                )
12       Plaintiff,             )
                                )
13       vs.                    )   STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE
14  SADELL LINTHICUM,           )
                                )
15       Defendant.             )
    _____)
16
17       It is stipulated and agreed between the parties that the
18  status conference in the above matter currently set for
19  October 10, 2006, be continued to October 23, 2006 at 11:00
20  a.m.
21       The parties agree that the delay resulting from the
22  continuance shall be excluded in the interests of justice,
23  including but not limited to, the need for the period of time
24  set further herein for effective defense preparation and the
25  resolution of pre-trial motions that are pending
26  pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161
27  (h)(8)(B)(I) to and through October 23, 2006.
28
```

1

```
1        I hereby agree to the above stipulation.
2   Dated: September 27, 2006
3                                      s/J.M. Irigoyen
4                              _____
                                 by:J.M. Irigoyen
5                                Attorney for Defendant
6
        I hereby consent to the above stipulation.
7
    DATED: September 27, 2006
8                                      s/Kevin Rooney
9                              _____
                               by: Kevin Rooney
10                             Assistant U.S. Attorney
11
12               ORDER CONTINUING HEARING DATE
13
        IT IS SO ORDERED.  Time is excluded in the interests
14
    of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F),
15
    3161(h)(8)(A) and 3161(h)(8)(B)(I).
16
17
    IT IS SO ORDERED.
18
    Dated:   October 3, 2006              /s/ Anthony W. Ishii
19  0m8i78                            UNITED STATES DISTRICT JUDGE
```