

FILED

OCT 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>     vs.                             )<br>                                     )<br>SADELL FABRAY LINTHICUM              )<br>                                     )<br>         Defendant.                  )<br>_____) | No. CR-06-97-AWI<br><br>ORDER OF RELEASE |

Pursuant to a bail review held on October 27, 2006,

IT IS HEREBY ORDERED that the defendant shall be released on his own recognizance pending sentencing on January 8, 2007.

DATED:  10-27-06

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1