McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-CR-097 AWI |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE DATE |
| v. ) | FOR SENTENCING HEARING |
| ) | |
| ) | |
| ) | DATE:   March 31, 2008 |
| SADELL FABRAY LINTHICUM, ) | TIME:   9:00 a.m. |
| ) | PLACE: Courtroom 2 |
| Defendant. ) | Honorable Anthony W. Ishii |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for March 31, 2008 at 9:00 a.m. is continued until April 14, 2008 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2

IT IS SO ORDERED.

**Dated:   March 28, 2008**                             /s/ Anthony W. Ishii
                                                                 UNITED STATES DISTRICT JUDGE

1