**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket No.:  0972 1:06CR00097-001** |
| **v.** ) | |
| ) | |
| **Sadell Fabray Linthicum** ) | |
| ) | |
| ) | |

On September 28, 2012, the above-named commenced Supervised Release for a period of 3 years.  Supervision is scheduled to terminate on September 27, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant United States Attorney Kevin P. Rooney does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

**Ross Micheli**
**United States Probation Officer**

Dated:   May 5, 2014
         Fresno, California
         RM

           /s/ Tim Mechem
**REVIEWED BY:**   **Tim Mechem**
                  **Supervising United States Probation Officer**

1

Re:     Sadell Fabray Linthicum
        Docket No:   0972 1:06CR00097-001
        Report and Order Terminating Supervised Release
        **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Sadell Fabray Linthicum be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   May 6, 2014                         _____
                                                    SENIOR  DISTRICT  JUDGE